**Order entered September 14, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00833-CV

### SUJEET ACHARYA, M.D., TEXAS ONCOLOGY, P.A., AND TEXAS UROLOGY SPECIALISTS, Appellants

### V.

### BERNICE MARIE GOMEZ, Appellee

**On Appeal from the 160th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-17-12969**

## ORDER

Before the Court is appellants' September 13, 2018 unopposed motion to extend time to file their brief. We **GRANT** the motion and **ORDER** appellants' brief filed on or before September 20, 2018.

/s/     DAVID EVANS
        JUSTICE